## CAIN v. STORY *et al.*

1. EXCEPTIONS. The Supreme Court will not review the ruling of the court below upon a demurrer, when the record does not show that exceptions to such ruling were taken by the party complaining thereof.

*Appeal from Dubuque District Court.*

FRIDAY, DECEMBER 18.

SUIT against the principal and sureties upon an administrator's bond, to recover the proportion coming to the plaintiff as assignee of one of the heirs of the estate, found upon settlement made between the administrator and the County Judge, and entered of record, as due the estate. The defense set up was, that the settlement referred to was erroneous in charging the administrator with rents which the defendants, in their answer, alleged had accrued subsequent to the demise of the decedent. A demurrer, to the effect that the record of the County Court could not be collaterally impeached in the premises, was sustained as to the administrator himself, but overruled as to his sureties; from this latter order the plaintiff appealed.

*Cooley & Eighmey* for the appellants.

*Thomas M. Monroe* for the appellee.

LOWE, J.— It is sufficient to say that the record in this case fails to show that any exceptions were taken to the order of the Court overruling the demurrer, without which we are not at liberty to pass upon the question raised by the demurrer.

Affirmed.